LAW OFFICE OF WILLIAM E. KENNEDY
WILLIAM E. KENNEDY (CSB #158214)
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff JOYCE HODGE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION     *E-FILED - 3/28/07*

| | |
|---|---|
| JOYCE HODGE, | Case No.:06-03003 RMW |
| Plaintiff | STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |
| v. | |
| PREMIER RECOVERY, INC. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

LAW OFFICE OF WILLIAM E. KENNEDY

Dated: 2/23/07

_____
WILLIAM E. KENNEDY
Attorneys for Plaintiff JOYCE HODGE

ELLIS, COLEMAN, POIRIER, LA VOIE & STEINHEIMER LLP

Dated: 2/23/07

_____
ANDREW M. STEINHEIMER
Attorneys for Defendant PREMIER RECOVERY, INC.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL   U.S.Dist. Court N.D. Calif. Case No.:06-03003 RMW

1

| | |
|---|---|
| 1 | **SO ORDERED** |
| 2 | March |
| 3 | Date: ~~February~~ 28, 2007     *Ronald M. Whyte* |
| 4 | THE HONORABLE RONALD M. WHYTE |
|   | UNITED STATES DISTRICT JUDGE |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL   U.S.Dist. Court N.D. Calif. Case No.:06-03003 RMW

2